IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CYNTHIA B. HILL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-10-1112-D ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of Plaintiff's Motion to Dismiss as Moot [Doc. No. 28], the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Show Cause Why the Commissioner Has Not Complied With the Court's Order of Remand [Doc. No. 27] is DISMISSED.

IT IS SO ORDERED this 4th day of January, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE